IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01893-MSK-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$3,795.00 IN UNITED STATES CURRENCY,
2000 MERCEDES-BENZ VIN 4JGAB54E2YA213308,

        Defendants.

---

**DEFAULT AND FINAL ORDER OF FORFEITURE ONLY AS TO DEFENDANT 2000 MERCEDES-BENZ VIN 4JGAB54E2YA213308**

---

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after notice, there have been no Claims, Answers, or other responsive pleadings filed in this matter as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and 18 U.S.C. § 983 (a)(4);

THAT Entry of Default only as to 2000 Mercedes-Benz VIN 4JGAB54E2YA213308 was entered by the Clerk on April 11, 2008;

THAT neither defendants nor any known potential intervening claimant is an infant, incompetent person, officer or agency of the United States or State of Colorado, or in the military service.

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of the defendant property and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465. It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and final order of forfeiture only as to defendant 2000 Mercedes-Benz VIN 4JGAB54E2YA213308, including all right, title, and interest is hereby entered in favor of the United States:

THAT the United States shall have full and legal title only as to defendant 2000 Mercedes-Benz VIN 4JGAB54E2YA213308 and may dispose of said property in accordance with law; and

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465.

Dated this 2nd day of June, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States District Magistrate Judge